# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MID-WEST CONVEYOR COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. _____ |
| ARCH INSURANCE COMPANY, | ) ) |
| Defendant. | ) ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Mid-West Conveyor Company certifies the following:

1) Mid-West Conveyor Company is wholly owned by DMW Systems, Inc., which is wholly owned by DMW Acquisition LLC.; and

2) Mid-West Conveyor Company has no publicly held corporation owning 10% or more of its stock.

Dated:  November 15, 2018

Respectfully submitted,

LATHROP GAGE LLP

By:     */s/ Brian W. Fields*
        Brian W. Fields, KS #18356
        bfields@lathropgage.com
        Kimberly K. Winter, KS #17912
        kwinter@lathropgage.com
        2345 Grand Boulevard, Suite 2200
        Kansas City, Missouri 64108-2618
        Telephone: (816) 292-2000
        Telecopier: (816) 292-2001

        ATTORNEYS FOR PLAINTIFF
        MID-WEST CONVEYOR COMPANY