## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MID-WEST CONVEYOR COMPANY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 18-CV-02610 |
| ARCH INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT
## OF ARCH INSURANCE COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Arch Insurance Company ("Arch") hereby certifies as follows:

Arch Insurance Company is a wholly-owned subsidiary of Arch Reinsurance Company, whose ultimate parent is Arch Capital Group, Ltd., which is a publicly traded company. No individual or corporation owns 10% or more of the stock of Arch Capital Group, Ltd.

Respectfully submitted,

**YERETSKY & MAHER, L.L.C.**

By: ＿＿/s/Craig M. Leff＿＿＿＿＿
    Craig M. Leff      KS#16251
    Christopher C. Confer    KS#21419
Southcreek Office Park
7200 West 132nd Street, Suite 330
Overland Park, Kansas 66213
Telephone: (913) 897-5813
Facsimile: (913) 897-6468
cleff@ymllc.com
cconfer@ymllc.com
**ATTORNEYS FOR DEFENDANT**

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing was served on December 19, 2018 by filing same using the Court's electronic filing system which provided notice to all parties of record, and the same was also e-mailed to the following:

Mr. Brian W. Fields
Ms. Kimberly K. Winter
Lathrop Gage LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618
**ATTORNEYS FOR PLAINTIFF**

                                                 /s/Craig M. Leff
                                            Craig M. Leff