**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| MID-WEST CONVEYOR COMPANY,    ) | |
|                               ) | |
| Plaintiff,    ) | |
|                               ) | |
| vs.                           ) | Case No. 18-CV-02610 |
|                               ) | |
| ARCH INSURANCE COMPANY,       ) | |
|                               ) | |
| Defendant.    ) | |

## NOTICE OF WITHDRAWAL

Defendant ARCH Insurance Company hereby withdraws Christopher C. Confer as counsel of record for Defendant. Chris Confer is no longer serving as counsel for Defendants. Craig M. Leff of the law firm Yeretsky & Maher, L.L.C., will continue as counsel of record on behalf of Defendant with regard to the above-captioned matter.

Respectfully submitted,

**YERETSKY & MAHER, L.L.C.**


By:    /s/Christopher C. Confer
      Craig M. Leff          KS#16251
      Christopher C. Confer    KS#21419
Southcreek Office Park
7200 West 132nd Street, Suite 330
Overland Park, Kansas 66213
Telephone: (913) 897-5813
Facsimile: (913) 897-6468
cleff@ymllc.com
cconfer@ymllc.com
**ATTORNEYS FOR DEFENDANT**

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on January 10, 2019 by filing same using the Court's electronic filing system which provided notice to all parties of record, and the same was also e-mailed to the following:

Mr. Brian W. Fields
Ms. Kimberly K. Winter
Lathrop Gage LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618
**Attorneys for Plaintiff**

          /s/Christopher C. Confer
    Christopher C. Confer