## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MID-WEST CONVEYOR COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ARCH INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No. 18-CV-02610 |

### NOTICE OF CHANGE OF FIRM AND ADDRESS

PLEASE TAKE NOTICE that on January 7, 2019, Craig M. Leff of the law firm of Yeretsky & Maher, LLC, has joined the law firm of Scharnhorst, Ast, Kennard and Griffin, PC.  The new contact information is as follows:

SCHARNHORST, AST, KENNARD & GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, MO  64106
P: (816) 268-9400
F: (816) 268-9409

Respectfully submitted,

By:  /s/Craig M. Leff
    Craig M. Leff        KS#16251
SCHARNHORST, AST, KENNARD & GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, Missouri  64106
Telephone: (816) 268-9400
Facsimile:  (816) 268-9409
cleff@sakg.com
***Counsel for BNSF Railway Company***

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing was served on January 10, 2019 by filing same using the Court's electronic filing system which provided notice to all parties of record, and the same was also e-mailed to the following:

Mr. Brian W. Fields
Ms. Kimberly K. Winter
Lathrop Gage LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618
**Attorneys for Plaintiff**

                                                        /s/ Craig M. Leff
                                                        Craig M. Leff