# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MID-WEST CONVEYOR COMPANY,<br><br>    Plaintiff,<br>v.<br><br>ARCH INSURANCE COMPANY,<br><br>    Defendant. | Case No.  2:18-cv-02610-DDC-TJJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the parties, that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs.

Dated:  March 25, 2019

Prepared, submitted and approved by:

| LATHROP GAGE LLP | SCHARNHORST AST KENNARD GRIFFIN, P.C. |
|---|---|
| By: */s/ Brian W. Fields*<br>  Brian W. Fields, KS #18356<br>  bfields@lathropgage.com<br>  Kimberly K. Winter, KS #17912<br>  kwinter@lathropgage.com<br>  2345 Grand Boulevard, Suite 2200<br>  Kansas City, Missouri 64108-2618<br>  Telephone: (816) 292-2000<br>  Telecopier: (816) 292-2001 | By: */s/ Craig M. Leff*<br>  Craig M. Leff, KS #16251<br>  Cleff@sakg.com<br>  1100 Walnut, Suite 1950<br>  Kansas City, Missouri 64106-2143<br>  Telephone: (816) 268-9433<br>  Telecopier: (816) 268-9409 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

2178932